FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 5 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 20-1626 WJ |
| vs. | Count 1: 18 U.S.C. § 1708: Theft of Mail; |
| **MARK VALLEJOS, JESUS CHAVEZ, AMANDA PADILLA,** and **ASHLEY GARCIA,** | Count 2: 18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; |
| Defendants. | Counts 3-8: 18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 2: Aiding and Abetting. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about January 13, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **MARK VALLEJOS**, stole and took from and out of an authorized depository for deposit and delivery of mail matter, packages, envelopes, letters and the contents therein.

In violation of 18 U.S.C. § 1708.

## Count 2

From on or about January 12, 2019, through on or about January 18, 2019, in Bernalillo County, in the District of New Mexico, the defendants **MARK VALLEJOS, JESUS CHAVEZ, AMANDA PADILLA** and **ASHLEY GARCIA**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with others whose names are known and unknown to the Grand Jury to devise a scheme and artifice to obtain money and property under the custody and control of financial institutions, by means of false and fraudulent pretenses, representations, and promises, namely through the use of stolen

checks and identity information, in violation of 18 U.S.C. § 1344.

In violation of 18 U.S.C. § 1349.

## Counts 3-8

From on or about January 12, 2019, through on or about January 16, 2019, in Bernalillo County, in the District of New Mexico, the defendants, **MARK VALLEJOS, JESUS CHAVEZ, AMANDA PADILLA** and **ASHLEY GARCIA**, knowingly executed and attempted to execute a scheme and artifice to obtain money and property under the custody and control of financial institutions, by means of false and fraudulent pretenses, representations, and promises, namely through the use of stolen mail, stolen identity information, and falsified checks.

It was a part of the scheme and artifice that the defendant, **MARK VALLEJOS**, and other persons known and unknown to the Grand Jury, stole checks and other items from the mail and obtained identity information from the stolen checks and from the other items stolen from the mail.

It was a part of the scheme and artifice that the defendant, **ASHLEY GARCIA**, obtained a new debit card, on January 12, 2019, for an account previously opened in her name and into which stolen checks were subsequently deposited by the conspirators.

It was a part of the scheme and artifice that the defendants, **MARK VALLEJOS** and **JESUS CHAVEZ**, and others known and unknown to the Grand Jury, deposited the stolen checks and counterfeit checks, created using identity information stolen from mail matter, using Automated Teller Machines (ATMs) into a Nusenda Credit Union account opened by the defendant, **ASHLEY GARCIA**.

It was part of the scheme and artifice that the defendants, **AMANDA PADILLA**, posing as **ASHLEY GARCIA**, and **JESUS CHAVEZ**, made contact with Nusenda Credit Union

officials to gain access to the account.

On the dates listed below, in Bernalillo County, in the District of New Mexico and elsewhere, the defendants, **MARK VALLEJOS, JESUS CHAVEZ,** and **ASHLEY GARCIA,** for the purpose of executing and attempting to execute the above-described scheme and artifice to obtain money and property under the custody and control of financial institutions, conducted the following transactions:

| Ct. | Date | Check No. | Amount | Financial Institution that Issued the Stolen Check | Financial Institution Where Check Was Deposited | Depositor |
|---|---|---|---|---|---|---|
| 3. | 1/12/2019 | 358263 | $10,946.31 | T. D. Bank | Nusenda Credit Union | Chavez |
| 4. | 1/13/2019 | 102701 | $964.07 | Chase Bank | Nusenda Credit Union | Garcia |
| 5. | 1/15/2019 | 7288 | $275 | Bank of the West | Nusenda Credit Union | Chavez |
| 6. | 1/16/2019 | 1019 | $375 | Bank of America | Nusenda Credit Union | Chavez |
| 7. | 1/16/2019 | 1027 | $320 | Wells Fargo | Nusenda Credit Union | Chavez |
| 8. | 1/16/2019 | 1212 | $333 | U.S. Bank | Nusenda Credit Union | Vallejos |

In violation of 18 U.S.C. §§ 1344(2) and 2.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

*V. Brumley*
Assistant United States Attorney

3