IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 20-1626 WPJ |
| | ) | |
| vs. | ) | |
| | ) | |
| ASHLEY GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED UNITED STATES' MOTION TO DISMISS INDICTMENT AS TO ASHLEY GARCIA WITHOUT PREJUDICE

The United States of America requests that Court dismiss the indictment as to defendant Ashley Garcia without prejudice. As grounds, the United States has extensively reviewed the evidence supporting the charges and new evidence unknown previously to the government. The United States moves the Court to dismiss the charges in the current indictment without prejudice against defendant Ashley Garcia in the interests of justice.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

*Electronically Filed*
NORMAN CAIRNS
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

I HEREBY CERTIFY that a copy of the foregoing motion was delivered to counsel of record this 28th day of February 2021.

*Electronically Filed*
NORMAN CAIRNS
Assistant U.S. Attorney