IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )    Cr. No. 20-1626 WPJ
                          )
vs.                       )
                          )
ASHLEY GARCIA,            )
                          )
        Defendant.        )

## ORDER

THIS MATTER having come before the Court on the government's motion to dismiss the indictment, without prejudice, as to defendant Ashley Garcia. The Court, having reviewed the motion, finds that the motion is well-taken.

IT IS THEREFORE ORDERED that the indictment is dismissed, without prejudice, against defendant Ashley Garcia.

WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE